UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-61572-BLOOM/Valle

WADE GAINES KILPATRICK,

    Plaintiff,

v.

CARIBBEAN CRUISE LINE, INC.,
CELEBRATION CRUISE LINE
MANAGEMENT, INC., and
CELEBRATION CRUISE LINE, LLC,

    Defendants.
_____/

HOLLY LIVELY,

    Plaintiff,

v.

CARIBBEAN CRUISE LINE, INC.,
THE MARKETING SOURCE, INC., and
SUNBRIDGE SYSTEMS, LLC,

    Defendants.
_____/

**ORDER CONSOLIDATING CASES**

This matter came before the Court on the parties Joint Motion to Consolidate Cases ("Motion"), ECF No. [59], filed on June 19, 2015.  The parties seek to consolidate this action with another presently before the Honorable Robert N. Scola, Jr., entitled *Holly Lively v. Caribbean Cruise Line, Inc, et al.*, No. 0:15-cv-61213-RNS (S.D. Fla.), which was recently transferred to this District.  Good cause appears that consolidation of the above-styled cases is

appropriate to avoid unnecessary duplication of judicial labor and effort. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [59]**, is **GRANTED** and the above-styled cases are **CONSOLIDATED** as follows:

    a. The Clerk of the Court is instructed to **CLOSE Case No. 15-CIV-61213** for administrative purposes only.

    b. All future filings in this case shall be made under **Case No. 14-CIV-61572** only.

2. Additionally, **on or before July 13, 2015**, the parties shall file a Consolidated Class Action Complaint with the Court.

3. Although scheduling orders have been entered in both cases, the parties are instructed to file an amended joint scheduling report as per Local Rule 16.1 **on or before July 17, 2015**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of June, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record