UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 14-cv-61572-BB

WADE GAINES KILPATRICK, and
HOLLY LIVELY, individually and on
behalf of all other persons similarly
situated,

        CONSOLIDATED CLASS ACTION

    Plaintiffs,

v.

CARIBBEAN CRUISE LINE, INC.,
CELEBRATION CRUISE LINE
MANAGEMENT, LLC,
CELEBRATION CRUISE LINE, LLC,
SUNBRIDGE SYSTEMS, LLC,
THE MARKETING SOURCE, INC., and
CELEBRATION CRUISE HOLDING, INC.,

    Defendants
_____/

**PLAINTIFFS' NOTICE OF SETTLEMENT OF CASE**

    The undersigned, counsel of record for Plaintiffs WADE GAINES KILPATRICK and HOLLY LIVELY, hereby gives notice that this case has been settled. The settlement is conditional and based upon the execution of the settlement agreement and other acts. A Notice of Voluntary Dismissal with Prejudice as to Plaintiffs' WADE GAINES KILPATRICK and HOLLY LIVELY individual claims, and Without Prejudice as to the Putative Class Claims, will be filed within 45 days, or otherwise at such further time as may be ordered by this Court.

    Plaintiff WADE GAINES KILPATRICK's initial pleading was filed with this Court on July 9, 2014. Plaintiff HOLLY LIVELY filed her initial pleading in the Eastern District of California on April 17, 2014, and the *Lively* action was transferred to this Court on June 4, 2015.

Plaintiffs Kilpatrick and Lively filed their Consolidated Class Action Complaint on July 23, 2015.

RESPECTFULLY SUBMITTED,

DATED:  August 2, 2016

By: */s/ Benjamin H. Crumley*
Benjamin H. Crumley, Esq.
Florida Bar No.:  18482
Crumley & Wolfe, P.A.
2254 Riverside Ave.
Jacksonville, FL 32204
Telephone: (904) 374-0111
Fax: (904) 374-0113
ben@cwbfl.com


W. Craft Hughes-- craft@hughesellzey.com
Texas Bar No. 24046123
Jarrett L. Ellzey--jarrett@hughesellzey.com
Texas Bar No. 24040864
Brian B. Kilpatrick--
brian@hughesellzey.com
Texas Bar No. 24074533
Hughes Ellzey, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
*(Admitted Pro Hac Vice)*

John P. Kristensen (CASBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (CASBN 211675)
*david@kristensenlaw.com*
**Kristensen Weisberg, LLP**
12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025
Telephone:  (310) 507-7924
Fax:  (310) 507-7906
(*Admitted Pro Hac Vice*)

Christopher W. Wood (CASBN 193955)
*cwood@dbbwlaw.com*
Kelsey J. Fischer (CASBN 292262)
*kfischer@dbbwlaw.com*
**Dreyer Babich Buccola**
**Wood Campora, LLP**
20 Bicentennial Circle
Sacramento, California 95826
Telephone:  (916) 379-3500
Fax:  (310) 379-3599
(*Admitted Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFFS
AND THE PROPOSED CLASS

## **CERTIFICATE OF SERVICE**

       I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, on August 2, 2016, and served on all counsel of record who have consented to electronic notification *via* CM/ECF.

                                           */s/ Benjamin H. Crumley*
                                           Benjamin H. Crumley