UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-cv-61572-BLOOM/Valle**

WADE GAINES KILPATRICK,
individually and on behalf of others
similarly situated,

      Plaintiffs,
v.

CARIBBEAN CRUISE LINE, INC.,
CELEBRATION CRUISE LINE
MANAGEMENT, INC., and CELEBRATION
CRUISE LINE, LLC,

      Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Settlement, ECF No. [158], reporting the case as having settled. The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The CLERK shall **CLOSE** this case for administrative purposes only;

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers on or before **September 2, 2016**;

3. Any pending motions are **DENIED** as moot. Any pending deadlines are **TERMINATED**.

Case No. 14-cv-61572-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 3rd day of August, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record