UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-cv-61572-BLOOM/Valle**

WADE GAINES KILPATRICK,
individually and on behalf of others
similarly situated,

    Plaintiffs,
v.

CARIBBEAN CRUISE LINE, INC.,
CELEBRATION CRUISE LINE
MANAGEMENT, INC., and CELEBRATION
CRUISE LINE, LLC,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. The Court administratively closed this case pursuant to a Notice of Settlement filed by Plaintiffs, and ordered that the parties "file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers on or before September 2, 2016." ECF No. [159]. As of the date of this Order, the parties have not complied. It is therefore

**ORDERED AND ADJUDGED** that the parties must comply with the Court's Order, ECF No. [159], by **September 9, 2016**.

**DONE AND ORDERED** in Miami, Florida this 6th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record