UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 14-cv-61572-BB

WADE GAINES KILPATRICK, and
HOLLY LIVELY, individually and on behalf of
other persons similarly situated,

    Plaintiff,

v.

CARIBBEAN CRUISE LINE, INC.,
CELEBRATION CRUISE LINE
MANAGEMENT, LLC, CELEBRATION
CRUISE LINE, LLC, SUNBRIDGE SYSTEMS,
LLC, THE MARKETING SOURCE, INC., and
CELEBRATION CRUISE HOLDING, INC.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, WADE GAINES KILPATRICK and HOLLY LIVELY, and Defendants, CARIBBEAN CRUISE LINE, INC., CELEBRATION CRUISE LINE, MANAGEMENT, LLC, CELEBRATION CRUISE LINE, LLC, SUNBRIDGE SYSTEMS, LLC, THE MARKETING SOURCE, INC., and CELEBRATION CRUISE HOLDING, INC., by and through their respective undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and with each party to bear their own attorneys' fees and costs.

Dated this 9th day of September, 2016.

| /s/Jeffrey A. Backman | /s/John P. Kristensen | /s/Jarrett L. Ellzey |
|---|---|---|
| GREENSPOON MARDER, P.A | KRISTENSEN WEISBERG, LLP | HUGHES ELLZEY, LLP |
| Richard W. Epstein, Esq. | John P. Kristensen | W. Craft Hughes |
| (Fla. Bar No. 229091) | john@kristensenlaw.com | craft@hughesellzey.com |
|  |  | Jarrett L. Ellzey |

**CASE NO. 14-cv-61572-BB**

richard.epstein@gmlaw.com
Jeffrey A. Backman, Esq. (Fla. Bar No. 0662501)
jeffrey.backman@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954-491-1120 (Telephone)
954-343-6958 (Facsimile)

12304 Santa Monica Blvd., Suite 221
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

jarrett@hughesellzey.com
Brian B. Kilpatrick
brian@hughesellzey.com
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335

*/s/Benjamin Hillard*_____
HILLARD CUYKENDALL & ALLRED, P.A.
Benjamin Hillard
HCAEService@gmail.com
13143 66th Street
Largo, Florida 33773
(727) 536-8882
Fax (727) 536-7739