UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-cv-61572-BLOOM/Valle**

WADE GAINES KILPATRICK,
individually and on behalf of others
similarly situated,

    Plaintiffs,
v.

CARIBBEAN CRUISE LINE, INC., *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice, ECF No. [161]. The Court having considered the Stipulation and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation of Dismissal with Prejudice, **ECF No. [161]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE** with each party to bear their own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 12th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record